IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH REINWAND,

    Plaintiff,

v.

LAWRENCE BRADLEY, et al.,

    Defendants.

ORDER

Case No. 17-cv-538-bbc

On July 12, 2017, I entered an order directing plaintiff Joseph Reinwand to either pay the $400 filing fee or to submit a properly supported motion for leave to proceed without prepayment of the filing fee by August 2, 2017. On July 26, 2017, the court received a check on behalf of plaintiff in the amount of $400 to cover the filing fee for this case. Because plaintiff is a prisoner, plaintiff is subject to the Prisoner Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Joseph Reinwand's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

Entered this 26th day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge