IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPH REINWAND,

                                        ORDER

          Plaintiff,

                                     17-cv-538-bbc

     v.

LAWRENCE J. BRADLEY, DENNIS F. QUEBE,
JOHN GRAU, SALVATORE J. CHILIA, LONNIE R. STEPHENSON
and NATIONAL ELECTRICAL BENEFIT FUND,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Joseph Reinwand, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has filed a complaint raising claims under the Employee Retirement Income Security Act, 29 U.S.C. § 1132, against the pension plan of his previous employer, as well as its administrator and trustees. He has paid the full filing fee. On July 26, 2017, the clerk of court issued an order stating that because plaintiff is a prisoner, his case was being taken under advisement for screening under 28 U.S.C. § 1915A. Dkt. #3. However, § 1915A applies only to complaints in which a prisoner is seeking redress from "a government agency or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). Here, defendants are a pension plan and non-governmental individuals. Therefore, § 1915A does not apply and the court need not screen plaintiff's complaint before the case proceeds.

1

The next step is for plaintiff to serve his complaint on defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. I am directing the clerk's office to issue summons and a copy of Rule 4 for plaintiff's use and reference.

ORDER

IT IS ORDERED that

1. The clerk of court is directed to issue summons and a copy of Fed. R. Civ. P. 4 to plaintiff Joseph Reinwand.

2. Plaintiff is directed to serve copies of the summons and his complaint on defendants in accordance with Fed. R. Civ. P. 4.

Entered this 15th day of September, 2017.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge