IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOSEPH REINWAND,

    PLAINTIFF,

V.                                      CASE NO. 17-cv-538-bbc

NATIONAL ELECTRICAL BENEFIT FUND, et al,

    DEFENDANT'S.

## NOTICE OF APPEAL

NOTICE IS HEREBY given that the plaintiff, Joseph Reinwand in the above entitled action hereby appeals the Order issued to the United States Court of Appeals for the Seventh Circuit that was entered by the United States District Court the Western District of Wisconsin on February 05, 2018. The order dismissed the individual defendant's from the case.

The Order was not dismissed as frivolous and is presented pursuant to Wisconsin DOC 309.155 and the Federal Rules of Civil Procedure in connection with the Federal Rules of Appellant Procedure rule 4, allowing 30 days in civil matters to file a Notice of Appeal after the entry of the order by the district court. Therefore the filing is timely filed pursuant to rule.

Dated : 02-23-2018                              Sincerely,

                                                            /s/ Joseph Reinwand

                                                             Joseph Reinwand, 569593
                                                             Columbia Correctional
                                                              P.O. Box 900
                                                              Portage, WI. 53901