IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH REINWAND,

    Plaintiff,

v.

NATIONAL ELECTRICAL BENEFIT FUND,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-538-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendant National Electrical Benefit Fund and dismissing this case.

/s/                                7/5/2018
Peter Oppeneer, Clerk of Court          Date