UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSEPH REINWAND,

   PLAINTIFF,

V.              NO. 17-cv-538-bbc

NATIONAL ELECTRICAL BENEFIT FUND, et al,
   DEFENDANTS.

---

NOTICE
OF APPEAL

---

Now comes the Plaintiff, Joseph Reinwand in the above entitled Action filing a Notice of Appeal pursuant to Federal Rules of Appelate Procedure, Rule 4(a)(1) "in a civil case the Notice of Appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from.

 The order being Appealed was entered by the United States district court, Western district of Wisconsin on July 5th, 2018. The order is being appealed to the United States Court of Appeals for the Seventh Circuit.

 The Issues Appealed are (1) Abuse of Discretion, (2) Dismissal of Individual Defendants, (3) An inappropriate Summary Judgment, (4) Benefits.

Dated: 07-24-2018

                  Joseph Reinwand
                  Columbia Correctional
                  P.O. Box 900
                  Portage, WI. 53901